DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:    209.473.6450
Facsimile:    209.473.6455

Attorneys for Plaintiff
JON MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MORENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APC TOWERS III, LLC,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01597 AC<br><br>[Removed from Yolo County Superior Court, Case No. CV2023-1277]<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Action Filed:　　June 21, 2023<br>Trial Date:　　Not Yet Assigned |

　　　　Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program

DATED:  September 26, 2023　　　　DOWNEY BRAND LLP


　　　　　　　　　　　　　　　　　　By:　　　　/s/ Matthew J. Weber
　　　　　　　　　　　　　　　　　　　　　　MATTHEW J. WEBER
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　JON MORENO

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED:  September 26, 2023 | WINGERT GREBING BRUBAKER & JUSKIE LLP |
| 2 | | |
| 3 | | |
| 4 | | By:        /s/ Ian R. Friedman |
| 5 | | IAN R. FRIEDMAN STEVEN J. SCORDAKIS |
| 6 | | Attorneys for Defendant APC TOWERS III, LLC |

**ORDER**

IT IS SO ORDERED.

DATED: September 28, 2023

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE