DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:   209.473.6450
Facsimile:    209.473.6455

Attorneys for Plaintiff
JON MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MORENO,<br><br>            Plaintiff,<br><br>    v.<br><br>APC TOWERS III, LLC,<br><br>            Defendants. | Case No. 2:23-cv-01597 AC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Action Filed:   June 21, 2023<br>Trial Date:      Not Yet Assigned |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties, Plaintiff Jon Moreno and APC Towers III, LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. This stipulation is made as this matter has been resolved to the satisfaction of the Parties.

DATED: January 12, 2024          DOWNEY BRAND LLP


                                          By:    */s/ Matthew J. Weber*
                                                 MATTHEW J. WEBER
                                                 Attorneys for Plaintiff
                                                 JON MORENO

DATED: JANUARY 12, 2024

WINGERT GREBING
BRUBAKER & JUSKIE LLP

By:     /s/ *Ian R. Friedman*

IAN R. FRIEDMAN
STEVEN J. SCORDAKIS
Attorneys for Defendant
APC TOWERS III, LLC

## ORDER

IT IS HEREBY ORDERED that the signed stipulation of the parties is entered in the above-captioned action, and that the Complaint against all parties is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

DATED: January 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE